IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-0340-LTB

UNITED STATES OF AMERICA,

    Petitioner,

    v.

DANIEL J. MYERS,

    Respondent.
_____

**FINAL ENFORCEMENT ORDER**
_____

    Having considered the United States' Petition to Enforce Internal Revenue Service Summons and the Declaration of Marilyn Bodwell, this Court finds as follows:

    1.    The Internal Revenue Service summons was issued to Respondent, Daniel J. Myers, for a legitimate purpose - to obtain information concerning collection of the federal income tax liability of Respondent Daniel J. Myers for tax periods in the years ended December 31, 2000; December 31, 2001; December 31, 2003; and December 31, 2004.

    2.    The above-listed tax periods were specified in the Internal Revenue Service summons served on the Respondent.

    3.    The testimony, records, and documents demanded by the Internal Revenue Service summons are not in the possession of the Internal Revenue Service.

4. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

5. As indicated in the Declaration of Service (Doc. 3), Respondent Daniel J. Myers was served on March 3, 2008, with the Order to Show Cause issued by the Court on February 21, 2008.

6. As of this date, the Respondent has failed to comply with the IRS summons.

7. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the Internal Revenue Service summons.

IT IS THEREFORE ORDERED that Daniel J. Myers shall comply with and obey the Internal Revenue Service summons served upon him by appearing at the Internal Revenue Service office at 301 S. Howes St., MS 5226FTC, Fort Collins, Colorado 80521-2700 before Revenue Officer Marilyn Bodwell, telephone number (970) 221-0672, at a time to be agreed upon by the parties, but not later than   April 28  , 2008, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the Internal Revenue Service summons.

Upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of the Petitioner.

Dated this  26th  day of March, 2008.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK
                                        UNITED STATES DISTRICT JUDGE